UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WILLIAM V. RUSSELL,

Plaintiff,

v.

BACHMAN'S.

Defendant.

CIVIL NO. 02-237 (RHK/JMM)

ORDER

The above matter came on February 20, 2002 for hearing before the undersigned upon the Court's Order for Pretrial Conference. At the pretrial conference, the Defendant stated its intention of filing a Motion to Dismiss the Complaint. The Parties have agreed upon the following briefing schedule for that Motion:

| | |
|---|---|
| March 25, 2002 - | Motion and supporting materials must be served and filed. |
| April 15, 2002 - | Responsive pleadings must be served and filed. |
| April 22, 2002 - | Reply must be served and filed. |

The Parties will promptly schedule the Motion for hearing, and will schedule a pretrial conference after the determination of the Motion, should that be necessary. The balance of the Pretrial Scheduling Order will be issued at that time.

Dated: February 25, 2002

JOHN M. MASON
United States Magistrate Judge

FEB 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK