**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

WILLIAM V. RUSSELL

Plaintiff,

vs. CV 02-237 RHK/JMM

BACHMAN'S

Defendant.

**NOTICE OF MOTION HEARING**

The Motion to Dismiss is scheduled for May 15, 2002, at 8:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

March 25, 2002

RICHARD SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

FILED MAR 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________