UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William V. Russell, Plaintiff, v. Bachman's, Inc., Defendant. | Civil File No. 02-237 RHK/JMM<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION**

The parties to this action, by and through the undersigned counsel, stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: April 24, 2002

TRAWICK & SMITH P.A.

George H. Smith
Attorney Registration No. 102404

330 Second Avenue South, Suite 702
Minneapolis, MN 55401
(612) 338-4621

Attorneys for Plaintiff William V. Russell

FILED MAY 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**EXHIBIT B**

Dated: ~~April~~ May 16, 2002

FAEGRE & BENSON LLP

[signature]

John W. Polley
Attorney Registration No. 173988
Kristen M. Ludgate
Attorney Registration No. 286965

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant Bachman's, Inc.

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: 5/17, 2002

[signature]

The Honorable Richard H. Kyle
United States District Court Judge

M1:868773.01